UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**

MITCHELL H. COHEN COURTHOUSE
1 John F. Gerry Plaza, Chambers 6050
P.O. Box 2736
Camden, New Jersey 08101
(856) 757-5020 Fax (856) 757-5474

**March 20, 2020**

Daron Suiter
Register Number 70895-050
FCI Gilmer
201 FCI Lane
Glenville, WV  26351

    Re:  United States v. Suiter
          Criminal Action No. 18-147(RMB)

Dear Mr. Suiter:

The Court received a phone call made on your behalf, requesting free transcripts from your criminal action, presumably in preparation for filing a motion under 28 U.S.C. § 2255. Transcripts may be provided at public expense for prisoners pursuing a collateral appeal "if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f). At this time, you have not filed a motion under 28 U.S.C. § 2255 nor have you presented any of the issues you seek to raise on collateral review. Therefore, you are not presently entitled to transcripts at public expense.

You may secure a copy of your sentencing transcript by contacting my Court Reporter, Theodore Formaroli, at [Tedformaroli@yahoo.com](mailto:Tedformaroli@yahoo.com). You may make arrangements for payment for the transcript directly with Mr. Formaroli.

You may also obtain copies of documents docketed in your criminal action upon request and payment to the Clerk of Court.

    Very truly yours,

    s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**